# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAYMES E HART, JR.,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,

    Defendants.

Case No. 3:17-cv-01106-JPG-DGW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED with prejudice**.

DATED: September 7, 2018

        **THOMAS L. GALBRAITH,**
        **Acting Clerk of Court**

        BY:   **s/Tina Gray**
               **Deputy Clerk**

**Approved:**
**s/ J. Phil Gilbert**
**J. Phil Gilbert**
**U.S. District Judge**